AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ROBERT BOSCH GmbH, a German corporation; and ROBERT BOSCH, LLC, a Delaware limited liability company<br><br>*Plaintiff(s)*<br><br>v.<br><br>KEVIN SIMMONS, an individual, GLOBAL AUTOMOTIVE OF MIAMI, INC., a Florida corporation, an entity of unknown form<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  17-cv-21047-CMA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kevin Simmons
2420 Granada Blvd.
Coral Gables, Florida 33134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gabriel Groisman, Esq. and Scott A. Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, PH1, Miami, FL 33133
Tel: (305) 858-2900; Fax: (305) 858-5261
ggroisman@coffeyburlington.com; shiaasen@coffeyburlington.com;
service@coffeyburlington.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:  Mar 21, 2017

Steven M. Larimore
Clerk of Court

*s/ Faithtrina Stinson*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ROBERT BOSCH GmbH, a German corporation; and ROBERT BOSCH, LLC, a Delaware limited liability company <br><br> *Plaintiff(s)* <br><br> v. <br><br> KEVIN SIMMONS, an individual, GLOBAL AUTOMOTIVE OF MIAMI, INC., a Florida corporation, an entity of unknown form <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  17-cv-21047-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Global Automotive of Miami, Inc.
Registered Agent:  Kevin Simmons
13941 SW 143rd Court, Suite #4
Miami, Florida 33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gabriel Groisman, Esq. and Scott A. Hiaasen, Esq.
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, PH1, Miami, FL 33133
Tel: (305) 858-2900; Fax: (305) 858-5261
ggroisman@coffeyburlington.com; shiaasen@coffeyburlington.com;
service@coffeyburlington.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 21, 2017

*s/ Faithtrina Stinson*

Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court